Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.: 17−30390−JNP
                  Chapter: 13
                  Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alison Freadhoff
   aka Alison Morgan
   71 Borrelly Blvd.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4398

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 7, 2017.

On 9/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               October 20, 2021
Time:             10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 10, 2021
JAN:

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-30390-JNP |
| Alison Freadhoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 10, 2021 | Form ID: 185 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison Freadhoff, 71 Borrelly Blvd., Sewell, NJ 08080-2414 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517196762 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110476 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517110477 | + | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 517110485 | + | Fries Mill Dental Associates, 188 Fries Mill Road L-3, Turnersville, NJ 08012-2055 |
| 517110486 | + | Lanzi Burke Oral & Maxillofacial Surgeon, 449 Hurffville Crosskeys Road Unit 11, Sewell, NJ 08080-9369 |
| 517139025 | + | Lanzi Burke Oral and Maxillofacial Surgeons, Scott H. Marcus & Assoc., 121 Johnson Rd, Turnersville, NJ 08012-1758 |
| 517110489 | + | Pressler and Pressler, LLP, ATTN: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517110493 | + | Selip & Stylianou LLP, ATTN: Richard Samuel Eichenbaum, 10 Forest Avenue Suite 300 P.O. Box 914, Paramus, NJ 07652-5238 |
| 517110487 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Lexus Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 517470042 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517130578 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517168008 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110499 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517170911 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517181837 | #+ | Wells Fargo Bank, NA, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517149516 | | Email/Text: Bankruptcy@absoluteresolutions.com | Sep 10 2021 20:28:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive Ste 350, Bloomington, MN 55437 |
| 517110473 | | Email/Text: amscbankruptcy@adt.com | Sep 10 2021 20:29:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517110475 | | Email/Text: bnc@alltran.com | Sep 10 2021 20:29:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 517110478 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:02 | Capital One, Attn: Bankruptcy, Po Box 30253, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0253 |
| 517110479 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 20:32:09 | Capital One/ Best Buy, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 517110481 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 20:29:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517110482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 20:29:00 | Comenity Capital/Boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517110483 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2021 20:31:57 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517127290 | | Email/Text: mrdiscen@discover.com | Sep 10 2021 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517110484 | + | Email/Text: mrdiscen@discover.com | Sep 10 2021 20:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517110480 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 20:32:08 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517286638 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:32:11 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517286582 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:31:58 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517110488 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:31:59 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517278939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2021 20:32:03 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517268635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2021 20:31:57 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517110490 | + | Email/Text: bankruptcy@prosper.com | Sep 10 2021 20:29:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517110491 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:32:11 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 517110492 | + | Email/Text: asmith@marcuslaw.net | Sep 10 2021 20:29:00 | Scott H. Marcus & Associates, 121 Johnson Road, Turnersville, NJ 08012-1758 |
| 517110494 | + | Email/Text: courts@southjerseyfcu.com | Sep 10 2021 20:29:00 | South Jersey Federal Credit, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517110969 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:31:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517110495 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 10 2021 20:32:02 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517110498 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 10 2021 20:29:00 | Webbank/ Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517110496 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517110497 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, |

| | | |
|---|---|---|
| | | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517110474 | ##+ | Allied Interstate LLC, Po Box 361477, Columbus, OH 43236-1477 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Joseph J. Rogers | on behalf of Debtor Alison Freadhoff jjresq@comcast.net  jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8