Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−30390−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alison Freadhoff
   aka Alison Morgan
   71 Borrelly Blvd.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4398

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 20, 2021.

Dated: October 20, 2021
JAN: kvr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-30390-JNP |
|---|---|
| Alison Freadhoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison Freadhoff, 71 Borrelly Blvd., Sewell, NJ 08080-2414 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517196762 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110476 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517110477 | + | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 517110485 | + | Fries Mill Dental Associates, 188 Fries Mill Road L-3, Turnersville, NJ 08012-2055 |
| 517110486 | + | Lanzi Burke Oral & Maxillofacial Surgeon, 449 Hurffville Crosskeys Road Unit 11, Sewell, NJ 08080-9369 |
| 517139025 | + | Lanzi Burke Oral and Maxillofacial Surgeons, Scott H. Marcus & Assoc., 121 Johnson Rd, Turnersville, NJ 08012-1758 |
| 517110489 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler and Pressler, LLP, ATTN: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 517110493 | + | Selip & Stylianou LLP, ATTN: Richard Samuel Eichenbaum, 10 Forest Avenue Suite 300 P.O. Box 914, Paramus, NJ 07652-5238 |
| 517110487 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Lexus Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 517130578 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517470042 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517168008 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110499 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517170911 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517181837 | #+ | Wells Fargo Bank, NA, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517149516 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 20 2021 20:21:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive Ste 350, Bloomington, MN 55437 |
| 517110473 | | Email/Text: amscbankruptcy@adt.com | Oct 20 2021 20:22:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517110475 | | Email/Text: bnc@alltran.com | Oct 20 2021 20:21:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 517110478 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

District/off: 0312-1                          User: admin                                    Page 2 of 3
Date Rcvd: Oct 20, 2021                       Form ID: plncf13                               Total Noticed: 42

| | | | |
|---|---|---|---|
| | | Oct 20 2021 20:36:09 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517110479 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 20:36:09 | Capital One/ Best Buy, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 517110481 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517110482 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 20:21:00 | Comenity Capital/Boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517110483 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2021 20:35:50 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517127290 | Email/Text: mrdiscen@discover.com | Oct 20 2021 20:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517110484 | + Email/Text: mrdiscen@discover.com | Oct 20 2021 20:21:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517110480 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2021 20:35:47 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517286638 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:50 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517286582 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:50 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517110488 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:35:50 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517278939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:36:01 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517268635 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 20:35:49 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517110489 | Email/Text: signed.order@pfwattorneys.com | Oct 20 2021 20:21:00 | Pressler and Pressler, LLP, ATTN: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 517110490 | + Email/Text: bankruptcy@prosper.com | Oct 20 2021 20:22:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517110491 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 20:36:03 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 517110492 | + Email/Text: asmith@marcuslaw.net | Oct 20 2021 20:22:00 | Scott H. Marcus & Associates, 121 Johnson Road, Turnersville, NJ 08012-1758 |
| 517110494 | + Email/Text: courts@southjerseyfcu.com | Oct 20 2021 20:22:00 | South Jersey Federal Credit, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517110969 | + Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517110495 | + Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 20:35:58 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517110498 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2021 20:22:00 | Webbank/ Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: plncf13 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517110496 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517110497 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517110474 | ##+ | Allied Interstate LLC, Po Box 361477, Columbus, OH 43236-1477 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Joseph J. Rogers | on behalf of Debtor Alison Freadhoff jjresq@comcast.net  jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8