| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br><br> Joseph J. Rogers, Esquire (JJR 1185) <br> Washington Professional Campus <br> 900 Route 168, Suite I-4 <br> Turnersville, NJ 08012 <br> (856) 228-7964 | |
|---|---|
| In Re: <br><br> Alison J. Freadhoff | Order Filed on January 25, 2022 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No.: 17-30390 JNP <br><br> Chapter: 13 <br><br> Judge: Jerrold N. Poslusny, Jr |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____300_____ for services rendered and expenses in the amount of $_____ for a total of $_____300_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____377_____ per month for _____9_____ months to allow for payment of the aforesaid fee.

[ Payments are to commence on February 1, 2022]

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-30390-JNP |
| Alison Freadhoff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 25, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison Freadhoff, 71 Borrelly Blvd., Sewell, NJ 08080-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| Joseph J. Rogers | on behalf of Debtor Alison Freadhoff jjresq@comcast.net jjrogers0507@gmail.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 25, 2022 | Form ID: pdf903 | Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8