Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−30390−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alison Freadhoff
   aka Alison Morgan
   71 Borrelly Blvd.
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4398

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Alison Freadhoff</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 28, 2022
JAN: dmb

                                         <u>Jeanne Naughton, Clerk</u>