| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Alison Freadhoff<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4398<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–30390–JNP | | |

## Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Alison Freadhoff
   aka Alison Morgan

   <u>5/3/23</u>                                                            **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Alison Freadhoff  
    Debtor

Case No. 17-30390-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2023      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison Freadhoff, 71 Borrelly Blvd., Sewell, NJ 08080-2414 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517110485 | + | Fries Mill Dental Associates, 188 Fries Mill Road L-3, Turnersville, NJ 08012-2055 |
| 517110486 | + | Lanzi Burke Oral & Maxillofacial Surgeon, 449 Hurffville Crosskeys Road Unit 11, Sewell, NJ 08080-9369 |
| 517139025 | + | Lanzi Burke Oral and Maxillofacial Surgeons, Scott H. Marcus & Assoc., 121 Johnson Rd, Turnersville, NJ 08012-1758 |
| 517110493 | + | Selip & Stylianou LLP, ATTN: Richard Samuel Eichenbaum, 10 Forest Avenue Suite 300 P.O. Box 914, Paramus, NJ 07652-5238 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517149516 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 03 2023 20:37:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive Ste 350, Bloomington, MN 55437 |
| 517110473 | | Email/Text: amscbankruptcy@adt.com | May 03 2023 20:39:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 517110475 | | EDI: URSI.COM | May 04 2023 00:23:00 | Alltran Financial, LP, P.O. Box 722929, Houston, TX 77272-2929 |
| 517196762 | | Email/PDF: bncnotices@becket-lee.com | May 03 2023 20:48:57 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110476 | + | Email/PDF: bncnotices@becket-lee.com | May 03 2023 20:48:53 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517110477 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 03 2023 20:37:00 | Aspire Cardholder Services, Po Box 105555, Atlanta, GA 30348-5555 |
| 517110478 | + | EDI: CAPITALONE.COM | May 04 2023 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517110479 | + | EDI: CAPITALONE.COM | May 04 2023 00:23:00 | Capital One/ Best Buy, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 517110481 | + | EDI: WFNNB.COM | May 04 2023 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517110482 | + | EDI: WFNNB.COM | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 04 2023 00:23:00 | Comenity Capital/Boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517110483 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2023 20:48:47 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517127290 | | EDI: DISCOVER.COM | May 04 2023 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517110484 | + | EDI: DISCOVER.COM | May 04 2023 00:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517110480 | | EDI: JPMORGANCHASE | May 04 2023 00:23:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517286638 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 20:48:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517286582 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 20:48:17 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517110488 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 20:48:30 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517278939 | | EDI: PRA.COM | May 04 2023 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517268635 | | EDI: PRA.COM | May 04 2023 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517110489 | | Email/Text: signed.order@pfwattorneys.com | May 03 2023 20:37:00 | Pressler and Pressler, LLP, ATTN: Christopher P. Odogbili, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 517110490 | ^ | MEBN | May 03 2023 20:34:07 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517110491 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 20:48:17 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 517110492 | + | Email/Text: asmith@marcuslaw.net | May 03 2023 20:39:00 | Scott H. Marcus & Associates, 121 Johnson Road, Turnersville, NJ 08012-1758 |
| 517110494 | + | Email/Text: courts@southjerseyfcu.com | May 03 2023 20:38:00 | South Jersey Federal Credit, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517110969 | + | EDI: RMSC.COM | May 04 2023 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517110495 | + | EDI: RMSC.COM | May 04 2023 00:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517110487 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 03 2023 20:38:00 | Lexus Financial Services, PO Box 9490, Cedar Rapids, IA 52409 |
| 517110496 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 03 2023 20:38:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517130578 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 03 2023 20:38:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517470042 | | Email/PDF: bncnotices@becket-lee.com | May 03 2023 20:48:31 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517168008 | | Email/PDF: bncnotices@becket-lee.com | May 03 2023 20:48:31 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517110499 | | EDI: WFFC.COM | May 04 2023 00:23:00 | Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 517110498 | + | EDI: BLUESTEM | | |

Case 17-30390-JNP    Doc 63    Filed 05/05/23    Entered 05/06/23 00:16:58    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| | | | May 04 2023 00:23:00 | Webbank/ Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 517170911 | + | EDI: WFFC2 | May 04 2023 00:23:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517181837 | + | EDI: WFFC2 | May 04 2023 00:23:00 | Wells Fargo Bank, NA, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517110497 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 517110474 | ##+ | Allied Interstate LLC, Po Box 361477, Columbus, OH 43236-1477 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Alison Freadhoff jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK NA ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@firstharvestcu.com |
| Kathleen M Magoon | on behalf of Creditor WELLS FARGO BANK NA logsecf@logs.com, kathleenmagoon@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8